UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC KIMBROUGH,

    Plaintiff,                                              Case No. 12-10294

v.                                                       Hon. John Corbett O'Meara

UNITED STATES OF AMERICA,

    Defendant.
    _____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

Before the court is Plaintiff's motion for reconsideration, filed November 12, 2012. The standard for granting a motion for reconsideration is as follows:

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

LR 7.1(h)(3). Having reviewed the papers, the court concludes that Plaintiff has not demonstrated a palpable defect. Plaintiff has not demonstrated good cause for an extension of the summons.

Therefore, IT IS HEREBY ORDERED that Plaintiff's motion for reconsideration is DENIED.

                                                    s/John Corbett O'Meara
                                                    United States District Judge

Date: December 21, 2012

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, December 21, 2012, using the ECF system.

                          <u>s/William Barkholz</u>
                          Case Manager